UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-35338
JULIE T. HO )
)
) Chapter: 11
)
) Honorable Carol A. Doyle
)
Debtor(s) )

### ORDER AND NOTICE SETTING BAR DATE FOR FILING PROOF OF CLAIMS FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE ABOVE REFERENCED DEBTOR(S)

You are hereby notified that if you wish to file a claim against the Bankruptcy estate of the above referenced Debtor(s) for a debt that arose before the Debtor filed its Bankruptcy case, you must file a Proof of Claim on or before December 31, 2015 (the Bar Date").

Claims of any governmental unit that arose before the Debtor filed her Bankruptcy case, must be filed no later than 180 days after the order for relief on or before April 13, 2016.

All claims must be filed electronically or at the following address so that they are received on or before the expiration of the Bar Date:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn, Suite 713
Chicago, IL 60604

If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution from the Debtor's Bankruptcy estate.

Under the law some parties need not file claims. See 11 U.S.C. § 1111(a) for a description of who does not need to file a claim. Parties must rely on their own inspection of the Bankruptcy Code and Rules and the Debtor's schedules or advice of counsel to determine whether to file a claim.

Debtor's counsel is directed, by October 30, 2015 to serve on all creditors, a copy of this Order and to file proof of service with the Clerk of the Bankruptcy Court.

Enter:

Dated: 10/29/15

United States Bankruptcy Judge

**Prepared by:**
Mr. Paul M. Bach, Esq.,
Sulaiman Law Group, Ltd.
900 Jorie Boulevard Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: Paul.Bach@Sulaimanlaw.com

Rev: 20120501_bko