UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 15-35338
JULIE HO )
 )
 ) Chapter: 11
 )
 ) Honorable Carol Doyle
 )
Debtor(s) )

# ORDER APPROVING DEBTOR'S MARITAL SETTLEMENT AGREEMENT

THIS CAUSE, coming to be heard on DEBTOR'S MOTION FTO APPROVE MARITAL SETTLEMENT AGREEMENT, the Court having jurisdiction over the subject matter and due notice having been given, IT IS HEREBY ORDERED:

1. The Motion to Approve Debtor's Marital Settlement Agreement is Granted

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 02, 2016

**Prepared by:**

PENELOPE N. BACH, OF COUNSEL
SULAIMAN LAW GROUP
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
ATTORNEY NO: 6209530