**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JULIE T. HO, | ) | NO. 15-35338 |
| | ) | |
| Debtor | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Judge Carol A. Doyle |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE that on March 23, 2017 at 10:00 a.m., the undersigned will appear before the Honorable Judge Carol A. Doyle at the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Room 742, Chicago, Illinois and will then and there present the attached **MOTION FOR ENTRY OF FINAL DECREE AND DISCHARGE**, at which time you may appear if you so choose.

　　　　　　　　　　　　　　　　　　　　**BY:**   **S/PENELOPE B. BACH**
　　　　　　　　　　　　　　　　　　　　　　　　**BACH LAW OFFICES**
　　　　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR DEBTOR(S)
　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 1285
　　　　　　　　　　　　　　　　　　　　　　　　NORTHBROOK, IL 60062
　　　　　　　　　　　　　　　　　　　　　　　　PHONE: (847) 564 0808
　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY NO: 6284659

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JULIE T. HO, | ) | NO. 15-35338 |
| | ) | |
| Debtor | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Judge Carol A. Doyle |

## MOTION FOR ENTRY OF FINAL DECREE AND DISCHARGE

NOW COMES the Reorganized Debtor, Julie T. Ho, by her attorneys, Penelope N. Bach and Paul M. Bach of Bach Law Offices, and ask this Honorable Court to enter a Final Decree, as well as closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement.  In support thereof, the Reorganized Debtor states as follows:

1. On October 16, 2015, the Debtor filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On December 21, 2016, this Court held a hearing and entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtor's Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

4. Debtors request that this Court enter a final decree closing this Chapter 11 case.  The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

5. The Debtor has completed of all payments under the Plan pursuant to 11 USC 1141(d)(5)(A) and the Debtors meet the requirements under 1141(d)(5)(B).

WHEREFORE, the Reorganized Debtor, Julie T. Ho, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, enter a discharge under 727 of Title 11 and for such other relief as is just and equitable.

Respectively Submitted,

Julie T. Ho

By: /s/ Penelope N. Bach

Penelope N. Bach
Bach Law Offices
Attorneys At Law
P.O. Box 1285
Northbrook, Illinois 60062
Phone (847) 564 0808