UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

|  |  |  |
|---|---|---|
| In Re: | ) | BK No.:   15-35338 |
| Julie T. Ho | ) |  |
|  | ) |  |
|  | ) | Chapter: 11 |
|  | ) | Honorable Carol Doyle |
|  | ) |  |
| Debtor(s) | ) |  |

**FINAL DECREE and DISCHARGE**

This matter coming to be heard upon the motion of Julie T. Ho, the Reorganized Debtor (the "Debtor"), for entry of a Final Decree and to Close the Bankruptcy Case (the "Motion"); proper notice having been provided; no creditor or party in interest having objected to the entry of a Final Decree and Order Closing this Bankruptcy Case; Based on review and consideration, the Court finds that (1) notice of the Motion was adequate under the circumstances and no other notice need be given; (2) the Debtor's Confirmed Plan of Reorganization (the "Plan") has been substantially consummated; and (3) other good and sufficient cause exists for the granting the relief requested in this Motion; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

The Motion for final decree is granted.  The Debtor is required to pay all outstanding US Trustee quarterly fees owed by the Debtors pursuant to 28 USC 1930 through and including entry of this Final Decree; and the debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 23, 2017

**Prepared by:**

Penelope N. Bach
BACH LAW OFFICES
COUNSEL FOR DEBTOR(S)
P.O. BOX 1285
NORTHBROOK, IL 60065
PHONE:  (847) 564 0808
ATTORNEY NO: 6284659